BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant RANDY BAADHIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 01-0044 SI |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM |
| v. ) | JANUARY 14, 2011 TO JANUARY 20, 2011 |
| RANDY BAADHIO, ) | |
| Defendant. ) | |

The status appearance in this case is set for January 14, 2011 at 11:00 a.m.  In order to facilitate Mr. Baadhio's presence by telephone from his BOP facility, undersigned defense counsel requests that the matter be specially set on January 20, 2011 at 11:00 a.m.  The

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIP. & [PROPOSED] ORDER
CR 01-0044 SI                                                                                                                          1

government has no objection to this request.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: January 13, 2011          /s/
          KEVIN BARRY
          Assistant United States Attorney

DATED: January 13, 2011          /s/
          SHAWN HALBERT
          Assistant Federal Public Defender

### [PROPOSED] ORDER

For the reasons stated in the parties' stipulation, the Court continues the status hearing before this Court from January 14, 2011 to January 20, 2011 at 11:00 a.m.

SO ORDERED.

DATED:_____          _____
          THE HONORABLE SUSAN ILLSTON
          United States District Judge

STIP. & [PROPOSED] ORDER
CR 01-0044 SI          2